UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MAHANT HOSPITALITY LLC** | **CASE NO. 6:21-CV-04322** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INDEPENDENT SPECIALTY INSURANCE CO INC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### MEMORANDUM ORDER

Before the Court is a Motion to Stay (Doc. 38) filed by Defendant Independent Specialty Insurance Co. Inc. Plaintiff Mahant Hospitality LLC opposes the motion. Doc. 40. The motion is ripe. This case is set for trial on January 29, 2024. Doc. 22.

Defendant moves the Court to stay the case, arguing that irrespective of how the Court rules on a pending Motion to Compel Arbitration (Doc. 23), the case will be stayed. That is, if the Defendant prevails and the parties proceed to arbitration, the case will be stayed, or dismissed. Otherwise, if the Defendant's Motion to Compel Arbitration (Doc. 23) is denied, then it will seek an interlocutory appeal, which will result in a mandatory stay under *Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915, 1919, 216 L. Ed. 2d 671 (2023). Plaintiff argues that the current certified question before the Louisiana Supreme Court regarding enforcement of arbitration provisions under Louisiana Revised Statutes section 22:868 is likely to be resolved in its favor. The Court finds that a stay of the litigation at the present moment is premature.

**IT IS ORDERED** that Defendants Motion to Stay (Doc. 38) be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 8th day of September 2023.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**